JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID E. TALCOTT,

Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD., VIRGIN EXCURSIONS LLP, AND DOES 1-10,

Defendant.

CASE NO. 2:24-cv-2510-MEMF-RAO

**ORDER GRANTING JOINT STIPULATION TO DISMISS**

Filed: 03/27/2024
Judge: Hon. Maame Ewusi-Mensah Frimpong
Magistrate: Hon. Rozella A. Oliver

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All of claims in the above-entitled action are dismissed in their entirety with prejudice; and
2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Honorable Maame Ewusi-Mensah Frimpong,
United States District Judge